No. 80–255. GEORGIA POWER CO. *v.* 138.30 ACRES OF LAND ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–293. UNITEX LTD. ET AL. *v.* DAN RIVER, INC. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 80–5422. IN RE MAGEE; and
No. 80–5447. IN RE MOORE. Petitions for writs of habeas corpus denied.

No. 80–5. MCCARTY *v.* MCCARTY. Appeal from Ct. App. Cal., 1st App. Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 79–1734. PARRATT ET AL. *v.* TAYLOR. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.